(October 24, 1921.)

R. J. DYGERT, Appellant, v. GEORGE HARRISON, Respondent.

[201 Pac. 719.]

PUBLIC OFFICER—ACTION TO REMOVE—APPEAL—DEATH.

In an action to remove a public officer under C. S., sec. 8684, if judgment is for defendant and plaintiff appeals, a motion to dismiss the appeal will be granted by this court on a showing that respondent is dead.

APPEAL from the District Court of the Fifth Judicial District, for Bannock County. Hon. Robt. M. Terrell, Judge.

Motion to dismiss appeal. *Granted.*

R. J. Dygert, for Appellant.

Isaac E. McDougall, for Respondent.

Counsel cite no authorities on point decided.

DUNN, J.—Appellant filed an information in the district court of Bannock county charging respondent, who was a

justice of the peace of Soda Springs precinct, with failure to perform certain official duties. On the trial of the case the court made findings of fact contrary to the allegations of the information and entered a judgment of dismissal from which appeal was taken.

Counsel for respondent has moved to dismiss the appeal for the reason that the term of office of respondent has expired and that respondent is now dead.

By the death of respondent the action against him abates, since the cause of action is one that does not survive. (C. S. 6652.)

The appeal is dismissed, with costs to respondent.

Rice, C. J., and Budge, McCarthy and Lee, JJ., concur.